No. 23-5704

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

*J.L.*, ET. AL.

PLAINTIFFS.

VS.

*WILLIAMSON COUNTY BOARD OF EDUCATION*,

DEFENDANT.

An Appeal from the United States District Court for the
Middle District of Tennessee
(No. 323-cv-00516)
District Judge Trauger

# MOTION FOR EXPEDITED RULING

**COME YOUR PLAINTIFFS/APPELLANTS, J.L., et. al.,** moving for an

expedited Ruling on their Motion for Stay-Put Injunction Pending the Appeal.

They show:

1.       Plaintiff J.L. is a middle-school boy with a bipolar-type disability

(Disruptive Mood Dysregulation Disorder) seeking a return to his zoned public

school with behavioral supports. School at WCBOE has just begun for the fall of 2023-2024 school year.

2.      This case concerns an appeal from an order denying a motion for "stay-put" injunctive relief under the Individuals with Disabilities Education Act. 20 USC §1415(j). (See D.E. 27, Memorandum Order).

3.      At issue is JL's "stay-put" placement during the pendency of this litigation. WCBOE maintains that the stay-put placement, if it exists, is for JL to be retained on "homebound" for only three hours of instruction per week, with no emotional or behavioral supports, and zero peer access as the stay-put placement for the life of litigation. The District Court's order does not restrain this—and WCBE is enforcing this stay-put placement against J.L.

4.      By contrast, Plaintiffs/Appellants' brief argues that three hours a week of homebound placement is *not* JL's last agreed-upon placement. Homebound as stay-put requires JL to either: (a) languish there with no social or emotional supports or peer interaction, and only three hours *per week* instruction; or (b) resort (yet again) to a private arrangement during the lengthy pendency of litigation. These are inimical to the rationale of *Honig v. Doe,* 484 U.S. 305, 328 (1988) and the subsequent Congressional balancing set forth in the 20 U.S.C. 1415(j),(k)(4) exception to stay put.

5.     To return to a full day of education with behavioral and emotional supports, with his peers, JL requests an expedited ruling on the stay-put placement.

**GILBERT LAW, PLC**          **THE SALONUS FIRM, PLC**

/s Justin S. Gilbert          /s Jessica F. Salonus
Justin S. Gilbert (TN Bar 017079)    Jessica F. Salonus (Tn Bar 28158)
100 W. MLK Blvd, St 501         139 Stonebridge Boulevard
Chattanooga, TN 37402          Jackson, TN 38305
Telephone: 423.756.8203        Telephone: 731.300.0970
justin@schoolandworklaw.com     jsalonus@salonusfirm.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Expedited Ruling has been filed via the Sixth Circuit Court's electronic filing procedures, including to defense counsel, Deanna Arivett and Margaret A. McCloud, on this 14th day of August 2023.

/s Justin S. Gilbert