## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 16, 2023

Ms. Deanna L. Arivett
Arivett Law
567 Cason Lane
Suite A
Murfreesboro, TN 37128

Mr. Justin Scott Gilbert
Gilbert Law
100 W. Martin Luther King Boulevard
Suite 501
Chattanooga, TN 37402

> Re: Case No. 23-5704, *J. L., et al v. Williamson County, TN Board of Education*
> Originating Case No. : 3:23-cv-00516

Dear Counsel,

The time schedule for the motion for injunction pending appeal has been reset. We are keeping the school board's response time of **Monday, August 21**; however, we are moving up any reply due date to **Thursday, August 24**.

Sincerely yours,

s/Jennifer A. Strobel
Case Manager
Direct Dial No. 513-564-7019

cc: Ms. Angel McCloud
 Ms. Jessica Farriis Salonus